**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

                                    Case Number: 91-74615
                                    Honorable: Patrick J. Duggan
VS.                                   Claim Number: 1991A06100

JEROME CRAWFORD,

    Defendant
_____/

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

Dated: August 26, 2008

                                                s/PATRICK J. DUGGAN
                                               U.S. DISTRICT COURT JUDGE